# United States Bankruptcy Court
## Southern District of New York

In re **BYRAM CONCRETE & SUPPLY INC.**  Case No. **09-22037**
Debtor(s)  Chapter **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

### 1. Income from employment or operation of business

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $267,386.00 | **YTD** |
| $20,479,062.00 | **2008 (may include revenue from Byram Ready Mix)** |
| $19,242,447.00 | **2007** |

## 2. Income other than from employment or operation of business

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$14,500.00** | **INSURANCE CLAIM** |
| **$158,972.00** | **FIRE INSURANCE CLAIM** |

## 3. Payments to creditors

None ■ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **LIST ATTACHED FOR PAYMENT TO CREDITORS** | | **$5,155,866.50** | **$0.00** |

None ☐ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **LEONARD LUISO**<br>**11 MILLER CIRCLE**<br>**ARMONK, NY 10504**<br>President and Shareholder | **over previous year** | **$2,895.10** | **$385,642.42** |
| **JOANNE LUISO**<br>**11 KINGS PARK DRIVE**<br>**RYE BROOK, NY 10573**<br>Mother of President | | **$20,549.56** | **$345,479.08** |
| **JOANNE LUISO**<br>**11 KINGS PARK DRIVE**<br>**RYE BROOK, NY 10573**<br>Mother of President | 1/12/2008 - 1/4/08 (salary) | **$90,191.95** | **$0.00** |

**Byram**
**Payments to Creditors - 90 days before filing**   threshold amt 5,475

| Creditor | Street Address | City, State, Zip | Total |
|---|---|---|---:|
| All Points Capital | 265 Broadhollow Road, 4th Floor | Melville, NY 11747 | $ 7,898.90 |
| American Express | P.O. Box 2855 | New York, NY 10116-2855 | $ 54,020.00 |
| Artic Glasier | 1654 Marthaler Lane | West St Paul, MN 55118 | $ 7,590.00 |
| Ashby Fuel | 99 Beechwood Avenue | New Rochelle, NY 10801 | $ 278,071.59 |
| BASF Admixtures | 24503 Network Place | Chicago, IL 60673-1245 | $ 90,830.96 |
| BNY Leasing | Account Services, 1111 Old Eag | Wayne, PA 19087 | $ 12,479.66 |
| Brian Hoch | 3 Barker Avenue | White Plains, NY 10601 | $ 23,106.95 |
| Broadway Premuim Funding | 100 Broadway, 3rd floor | New York, NY 10005 | $ 31,277.48 |
| Citibank/CC Fees | 450 Mamaroneck Avenue | Harrison, NY 10528 | $ 157,336.89 |
| Colucci Assoc. | 601 Halstead Ave, PO Box 177 | Mamaroneck, NY 10543 | $ 12,661.90 |
| Command Alkon | P.O. Box 11407 | Birmingham, AL 35246-0645 | $ 22,246.54 |
| Con Edison | Cooper Station, P.O. Box 138 | New York, NY 10276-0138 | $ 12,065.81 |
| Cummins Power Systems | Bronx Branch, 890 Zerega Ave. | Bronx, NY 10473 | $ 30,607.74 |
| EBS, consulting fee | 46 Radcliff Drive | Huntington, NY 11743 | $ 6,000.00 |
| Essex Cement | PO Box 651036 | Charlotte, NC 28265 | $ 182,075.26 |
| F&R Industries | 50 Peconic Ave | Medford, NY 11763 | $ 35,386.30 |
| Holcim (St Lawrence) | PO Box 8500-6930 | Philadelphia, PA 19178-6930 | $ 687,599.76 |
| Keane & Beane | 445 Hamilton Avenue, 15th fl. | White Plains, NY 10601 | $ 12,500.00 |
| Lafarge | PO Box 13682 | Newark, NJ 07188 | $ 70,778.27 |
| Local 137 Joint Fund | 1360 Pleasantville Rd. | Briarcliff Manor, NY 10510 | $ 40,695.37 |
| Marquis Associates | 56 Lafayette Ave. | N. White Plains, NY 10603 | $ 17,794.34 |
| MAT Enterprises | PO Box 277 | Garnerville, NY 10923 | $ 57,386.20 |
| Material Logistics | PO Box 790008 | Middle Village, NY 11379 | $ 13,947.38 |
| Mericap Credit Corp | PO Box 730547 | Dallas, TX 75373-0547 | $ 12,884.80 |
| Metro Truck & Tire | 3433 Delaval Ave. | Bronx, NY 10475 | $ 17,239.07 |
| Miles Rostek | 440 North Main Street | Portchester, NY 10573 | $ 12,000.00 |
| N & T Repairs | 33-30 127 Street | Corona, NY 11368 | $ 63,548.36 |
| Nat. Gear & Piston | 225 Fourth Ave. | Mt. Vernon, NY 10550-3005 | $ 15,706.88 |
| National City Commerical | PO Box 931034 | Cleveland, OH 44193-004 | $ 11,787.16 |
| New Computers | 350 Lexinton Ave, Suite 1001 | New York, NY 10016 | $ 9,120.24 |
| New York Sand & Stone | 63 Flushing Ave., Unit 311 | Brooklyn, NY 11205 | $ 107,420.00 |
| North Broadway Auto | 546 N. Broadway | White Plains, NY 10603 | $ 15,991.24 |
| Northeast Solite | PO Box 437 | Mt. Marion, NY 124565 | $ 38,054.14 |
| NW Pension c/o Danzinger mark | 123 Main St | White Plains, NY 10601 | $ 13,281.32 |
| NYS Sales Tax | PO Box 1209 | New York, NY 10016-1209 | $ 89,682.69 |
| One Edison Ave Corp | PO Box 3409 | Mt. Vernon, NY 10553-3409 | $ 40,000.00 |
| Oshkosh Truck Sales | 14201 Collections Center Dr. | Chicago, IL 60693 | $ 13,875.80 |
| OshKosh/McNeilus Financial | 7739 Collections Center Dr. | Chicago, IL 60693 | $ 74,989.58 |
| Oxford Health Plans | PO Box 1697 | Newark, NJ 07101-1368 | $ 39,212.55 |
| Payroll - Byram | 56 Lafayette Ave. | White Plains, NY 10603 | $ 1,144,347.03 |
| Peckham | PO Box 13783 | Newark, NJ 07188-3783 | $ 40,209.26 |
| Putnam Stone & Mason | 301 Route 52 | Carmel, NY 10512 | $ 21,000.00 |
| Ranco | 151 South Street | Manorville, NY 11949 | $ 11,131.67 |
| Rattet, Pasternak | 550 Mamaroneck Ave., Suite 510 | Harrison, NY 10528 | $ 55,000.00 |
| RFY | 601 Halstead Ave, PO Box 177 | Mamaroneck, NY 10543 | $ 13,000.00 |
| Safeco Business Insurance | PO Box 66768 | St. Louis, MO 63166 | $ 111,144.55 |
| Sprint | PO Box 4181 | Carol Stream, IL 60197-4181 | $ 8,200.93 |
| State Insurance Fund | PO Box 4788 | Syracuse, NY 13221 | $ 32,714.21 |
| Tilcon | PO Box 34550 | Newark, NJ 07189-4550 | $ 492,076.82 |
| Town Of North Castle | 17 Bedford Road | Armonk, NY 10504 | $ 9,339.00 |
| Verizon | PO Box 619009 | DFW Airport, Tx 75261-9009 | $ 10,145.39 |
| Vernon Realty | PO Box 6215 | Astoria, NY 11106 | $ 84,000.00 |
| Virginia Road | 601 Halstead Ave, PO Box 177 | Mamaroneck, NY 10543 | $ 43,000.00 |
| W. R. Grace | PO Box 96160 | Chicago, Il 60693 | $ 14,678.75 |
| West Shore | PO Box 2002 | Holtsville, NY 11742 | $ 397,627.32 |
| West. Team. Local 456 | 160 Central Avenue | Elmsford, NY 10523 | $ 229,100.44 |
| | | | $ 5,155,866.50 |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Bilotta Construction Corp. v. Byram Concrete and Supply, Inc. Index No. 1010/2008 | Breach of Contract and/ or Negligence | New York State Supreme Court, Putnam County | Awaiting transfer of Venue to Westcheser County |
| Almeida Oil Co., Inc. v. Byram Concrete & Supply, Inc. and Leaonard J. Luiso, Individually Index No. 06-24634 | | New York State Supreme Court, Westchester County | Discovery Complete, awaiting filing of Note of Issue |
| South Street Materials, Inc. and Byram Concrete & Supply, Inc. v. HVA Realty LLC et al. Index No. 18410/08 | Mechanic's Lien Foreclosure action | New York State Supreme Court, Westchester County | Pending |
| Byram Concrete & Supply, Inc. and Byram Redi Mix, Inc. v. City of New Rochelle, Frank Tricarico Contractors, Inc. and Frank Tricarico. Index No. 4331/09 | Collection Action | New York State Supreme Court, County of Westchester | Pending |
| Byram Concrete & Supply, Inc. v. The Osborn, Kreisler Borg Florman General Construction Co., Inc. et al. Index No. 19652/02 | Collection Action | New York State Supreme Court, County of Westchester | Ready for Trial |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **LIST ATTACHED FOR GIFTS** | | | **8,045** |

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Rattet Pasternak & Gordon Oliver LLP<br>550 Mamaroneck Avenue<br>Harrison, NY 10528** | 12/30/08 | $10,000 |
| **Rattet Pasternak & Gordon Oliver, LLP<br>550 Mamaroneck Avenue<br>Harrison, NY 10528** | 1/7/09 | $46,000 |

### 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Alex Lyon & Son Sales Mngr and Auction<br>Route 2 P.O. Box 610<br>Bridgeport, NY 13030** | 2/1/2008 | **9 Trucks Sold, $135,000** |

**Byram**
**Gifts within 1 year**

| Name | Street Address | City, State, Zip | Amount |
|---|---|---|---|
| AC Villa Soccer Club | 140 Fairfax Avenue | Hawthorne, NY 10532 | 250 |
| Baldricks | 1443 E.Washington Boulevard, #650 | Pasadena,CA  91104-2650 | 100 |
| banksville Community House | 12 Banksville Road | Greenwich, CT  06831-2727 | 25 |
| Columbus Day Celebration | 648 Scarsdale Road | Yonkers,NY 10707 | 125 |
| Cystic Fibrosis Foundation | 6931 Arlington Road | Bethesda, Md 20814 | 200 |
| Dominican College | 470 Western Highway | Orangeburg, NY  10962 | 1,000 |
| Edward & Mary Doyle Fund | PO Box 511 | Elmsford, NY 10523 | 600 |
| Friends of Andy Spano | PO Box 1105 | Yorktown Heights, NY 10598 | 800 |
| Historical Hudson Valley | 150 White Plains Road | Tarrytown , NY 10591 | 900 |
| Iona Grammer School | 173 Stratton Road | New Rochelle , NY  10804 | 250 |
| Jennifer Fante Foundation | PO Box 116 | Thornwood, NY 10594 | 1,070 |
| Kiwanis Club of Mamaroneck | PO Box 18 | Mamaroneck, NY 10543 | 175 |
| March for Babies | 153 Broadway | Hawthorne, NY  10532 | 300 |
| North White Plains | 621 N. Broadway | N. White Plains, NY 10603 | 250 |
| NYSTLA Journal AD | 1 Prospect Avenue | White Plains, NY 10607 | 150 |
| Our Lady of Sorrows | PO Box 177 | Mamaroneck, NY 10543 | 350 |
| Pedro Santos | 147 Broadway | Hawthorne, NY  10532 | 200 |
| St joseph Health Fund | 127 South Broadway | Yonkers,NY 10701 | 750 |
| Town of North Castle | PO Box 659 | Armonk ,NY  10504 | 250 |
| Westchester Judo Club | 1495 Weaver St | Scarsdale, NY 10583 | 150 |
| WPCATSH | 21 Bedford Road | Armonk , NY 10504 | 150 |
| | Total | | 8,045 |

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None ☐   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **77 LAFAYETTE AVENUE WHITE PLAINS, NY 10603** | | |

### 16. Spouses and Former Spouses

**None** ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

**None** ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**None** ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**None** ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18. Nature, location and name of business

None ■ a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| TERRY SOLAZZO<br>NY | BYRAM CONTROLLER |
| EUGENE DEFINA<br>NY | BYRAM CONTROLLER |
| JONATHAN FIELD<br>NY | BYRAM CONTROLLER |
| JOHN PALMA<br>NY | BYRAM CONTROLLER |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| COLUCCI ASSOCIATES | 601 HALSTEAD AVENUE<br>P.O. BOX 177<br>MAMARONECK, NY 10543 | AUDITOR |

| None | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. |
|---|---|
| ☐ | |

NAME  
**COLUCCI ASSOCIATES**

ADDRESS  
**601 HALSTEAD AVENUE**  
**P.O. BOX 177**  
**MAMARONECK, NY 10543**

**TERRY SOLAZZO**

| None | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. |
|---|---|
| ☐ | |

NAME AND ADDRESS  
**CITIBANK**  
**450 MAMARONECK AVENUE**  
**WHITE PLAINS, NY 10603**

DATE ISSUED  
**FINANCIAL STATEMENTS ISSUED MONTHLY**

### 20. Inventories

| None | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |
|---|---|
| ■ | |

DATE OF INVENTORY      INVENTORY SUPERVISOR      DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

| None | b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above. |
|---|---|
| ■ | |

DATE OF INVENTORY      NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

### 21. Current Partners, Officers, Directors and Shareholders

| None | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |
|---|---|
| ■ | |

NAME AND ADDRESS      NATURE OF INTEREST      PERCENTAGE OF INTEREST

| None | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |
|---|---|
| ☐ | |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **LEONARD LUISO** | **President** | **100%** |

### 22. Former partners, officers, directors and shareholders

| None | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |
|---|---|
| ■ | |

NAME      ADDRESS      DATE OF WITHDRAWAL

| None | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |
|---|---|
| ■ | |

NAME AND ADDRESS      TITLE      DATE OF TERMINATION

### 23. Withdrawals from a partnership or distributions by a corporation

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LEONARD LUISO**<br>**11 MILLER CIRCLE**<br>**ARMONK, NY 10504**<br>President and Shareholder | Salary | $198,761.58 |

### 24. Tax Consolidation Group.

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION         TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None ☐ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **BYRAM CONCRETE & SUPPLY, INC.**<br>**INCENTIVE SAVINGS TRUST** | **EIN TAX ID 13-3019447**<br>**TRUST ID 20-2174477** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **February 13, 2009**          Signature  _/s/ **LEONARD J. LUISO**_
                                              **LEONARD J. LUISO**
                                              **PRESIDENT**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of New York

In re __BYRAM CONCRETE & SUPPLY INC.__    Case No. __09-22037__
                                     Debtor(s)   Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................ $ __55,000.00__
   Prior to the filing of this statement I have received ................................... $ __55,000.00__
   Balance Due .................................................................................................. $ __0.00__

2. $ __0.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:
   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:
   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: __February 13, 2009__        /s/ Robert L. Rattet
                                     Robert L. Rattet 2947
                                     Rattet, Pasternak & Gordon-Oliver, LLP
                                     550 Mamaroneck Avenue
                                     Suite 510
                                     Harrison, NY 10528
                                     (914) 381-7400   Fax: (914) 381-7406

---