EXHIBIT "A"

Exhibit A
Byram Concrete Supply, Inc.
Chapter 11 Case No 09-22037
Analysis of Time in Tenths of an Hour
October 1, 2009 - October 28, 2009

| Date | Professional | Time in Tenths of an Hour | Time in Hours | Rate | Extension | Description |
|---|---|---|---|---|---|---|
| 10/07/2009 | Sandra Gaitan | 12.50 | 1.25 | $225.00 | $ 281.25 | Prepared operating report for September 2009 |
| 10/07/2009 | Sandra Gaitan | 27.50 | 2.75 | 225.00 | 618.75 | Completed Byram's Operating Report- entered disbursement detail, A/P, and A/R |
| 10/09/2009 | Lee Klinger | 20.00 | 2.00 | 350.00 | 700.00 | Telephone with Len, review & phone of July & August with Terry, review of changes to July report |
| 10/09/2009 | Sandra Gaitan | 15.00 | 1.50 | 225.00 | 337.50 | Started Operating Report Revisions- entered financial information |
| 10/09/2009 | Sandra Gaitan | 12.50 | 1.25 | 225.00 | 281.25 | Reviewed entries made to operating report to find difference |
| 10/09/2009 | Sandra Gaitan | 15.00 | 1.50 | 225.00 | 337.50 | Prepared South Street Operating Report- entered financials and updated report to July 2009 |
| 10/09/2009 | Sandra Gaitan | 12.50 | 1.25 | 225.00 | 281.25 | Reviewed Operating Report with Lee Klinger made adjustments |
| 10/09/2009 | Sandra Gaitan | 5.00 | 0.50 | 225.00 | 112.50 | PDF final corrected Byram report all parties |
| 10/12/2009 | Lee Klinger | 20.00 | 2.00 | 350.00 | 700.00 | Review of operating report changes, phone with Len & Terry |
| 10/12/2009 | Sandra Gaitan | 45.00 | 4.50 | 225.00 | 1,012.50 | Prepared Concrete Operating Report |
| 10/12/2009 | Sandra Gaitan | 35.00 | 3.50 | 225.00 | 787.50 | Prepared South Street Operating Report |
| 10/13/2009 | Sandra Gaitan | 17.50 | 1.75 | 225.00 | 393.75 | Made necessary change to Byram and South Street reports- reprinted and recompiled final versions- P |
| 10/15/2009 | Lee Klinger | 20.00 | 2.00 | 350.00 | 700.00 | Phone with Terry on operating report comments meeting with Sandra, review of changes |
| 10/15/2009 | Sandra Gaitan | 30.00 | 3.00 | 225.00 | 675.00 | Corrections to Profit in Loss and Balance Sheet to match month and cumulative figures from Byram-f |
| 10/15/2009 | Sandra Gaitan | 5.00 | 0.50 | 225.00 | 112.50 | Review with Lee final Byram reports |
| 10/15/2009 | Sandra Gaitan | 7.50 | 0.75 | 225.00 | 168.75 | Emailed Lee regarding questions on Byram emailed by Terry |
| 10/16/2009 | Lee Klinger | 20.00 | 2.00 | 350.00 | 700.00 | Review of operating reports phone with Terry |
| 10/16/2009 | Sandra Gaitan | 15.00 | 1.50 | 225.00 | 337.50 | Preparation of Operating Reports |
| 10/16/2009 | Sandra Gaitan | 7.50 | 0.75 | 225.00 | 168.75 | Email to Len, Terry, and Erica corrections made to July and August Byram reports |
| 10/19/2009 | Sandra Gaitan | 15.00 | 1.50 | 225.00 | 337.50 | Reviewed Terry's email to Lee with questions on Byram Operating Report answered in memo to Lee |
| 10/19/2009 | Sandra Gaitan | 15.00 | 1.50 | 225.00 | 337.50 | Reviewed memo with Lee on the phone with Terry regarding issues with operating report decision to a |
| 10/19/2009 | Sandra Gaitan | 15.00 | 1.50 | 225.00 | 337.50 | July Operating Report redone to match Terry's figures as of July 31st |
| 10/19/2009 | Sandra Gaitan | 25.00 | 2.50 | 225.00 | 562.50 | Preparation of Concrete operating report to tie to Terry's Byram financial |
| 10/20/2009 | Massiel Susana | 2.50 | 0.25 | 150.00 | 37.50 | Send PDF of operating report details |
| 10/20/2009 | Sandra Gaitan | 2.50 | 0.25 | 225.00 | 56.25 | Completed Concrete operating reports- adjustments to tie to client general ledger |
| 10/20/2009 | Sandra Gaitan | 7.50 | 0.75 | 225.00 | 168.75 | Compiled oper reports rechecked that all financials tie to oper reports |
| 10/21/2009 | Lee Klinger | 35.00 | 3.50 | 350.00 | 1,225.00 | Phone with Terry on changes to financials, review of all prior operating reports & general ledgers, prep of J/E's |
| 10/21/2009 | Massiel Susana | 2.50 | 0.25 | 150.00 | 37.50 | Sent PDF's of operating reports to all parties |
| 10/22/2009 | Sandra Gaitan | 5.00 | 0.50 | 225.00 | 112.50 | Preparation of South Street operating reports review of information received |
| 10/22/2009 | Sandra Gaitan | 12.50 | 1.25 | 225.00 | 281.25 | Corrected error in compiling South Street operating report. Called Terry missing AR info und bank simts. |

Exhibit A  
Byram Concrete Supply, Inc.  
Chapter 11 Case No 09-22037  
Analysis of Time in Tenths of an Hour  
October 1, 2009 - October 28, 2009

| Date | Professional | Time in Tenths of an Hour | Time in Hours | Rate | Extension | Description |
|---|---|---|---|---|---|---|
| 10/22/2009 | Sandra Gaitan | 5.00 | 0.50 | 225.00 | 112.50 | Printed Byram and SS financials for Sept operating report |
| 10/23/2009 | Sandra Gaitan | 32.50 | 3.25 | 225.00 | 731.25 | Byram September operating report completed and ready for review |
| 10/23/2009 | Sandra Gaitan | 27.50 | 2.75 | 225.00 | 618.75 | South Street September operating report completed and ready for review |
| 10/26/2009 | Lee Klinger | 5.00 | 0.50 | 350.00 | 175.00 | Review of operating reports |
|  |  |  |  |  |  | Review of Concrete operating report with Lee |
| 10/26/2009 | Sandra Gaitan | 5.00 | 0.50 | 225.00 | 112.50 | Corrections to MOR-5 and MOR-4 p/r taxes and A/R detail |
| 10/26/2009 | Sandra Gaitan | 5.00 | 0.50 | 225.00 | 112.50 | Scanned final report and details separately and sent PDF to Len, Terry and Erica |
| 10/26/2009 | Sandra Gaitan | 5.00 | 0.50 | 225.00 | 112.50 |  |
| 10/27/2009 | Lee Klinger | 2.50 | 0.25 | 350.00 | 87.50 | Phone with Len & Terry on operating reports |
| 10/27/2009 | Lee Klinger | 5.00 | 0.50 | 350.00 | 175.00 | Phone with Lenny on tax issues of plan of arrangement, phone to JH Cohen |
| 10/27/2009 | Massiel Susana | 2.50 | 0.25 | 150.00 | 37.50 | Printed out Byram and South Street Operating Reports |
| 10/27/2009 | Massiel Susana | 2.50 | 0.25 | 150.00 | 37.50 | Sent PDF of Concrete operating reports to Sandra |
| 10/27/2009 | Lee Klinger | 10.00 | 1.00 | 350.00 | 350.00 | Phone with Lenny & Atty's on buyout options for membership agreements |
| 10/27/2009 | Lee Klinger | 10.00 | 1.00 | 350.00 | 350.00 | Phone with Louiso on basis questions & to JH Cohen accountant for purchaser |
| 10/28/2009 | Lee Klinger | 50.00 | 5.00 | 350.00 | 1,750.00 | Attended confirmation hearing in Bankruptcy Court |
|  |  | 647.50 | 64.75 |  | $16,962.50 |  |