EXHIBIT "C"

Exhibit C
Byram Concrete Supply, Inc.
Chapter 11 Case No 09-22037
Summary of Fees & Expenses Requested
October 1, 2009 - October 28, 2009

| Fees & Expenses Previously Applied & Rewarded | Current Fees Being Applied For | Current Expenses Being Applied For | Payments Received to Date | Net Amount Being Applied For |
|---|---|---|---|---|
| $ 100,861.75 | $ 16,962.50 | $ 352.15 | $ (100,861.75) | $ 17,314.65 |