UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                          Chapter 11

Byram Concrete Supply, et al.,                                 Case No. 09-22037-rdd

              Debtor.
-----------------------------------------------------------x

## CERTIFICATION PURSUANT TO BANKRUPTCY CODE SECTION 504, BANKRUPTCY RULE 2016(a), AND UNITED STATES TRUSTEE GUIDELINES REGARDING FINAL APPLICATION OF KLINGER & KLINGER, LLP, CHAPTER 11 ACCOUNTANTS FOR THE DEBTOR

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

    The undersigned accountant, Lee E. Klinger, hereby certifies that:

    a. I am a member of the accounting firm of Klinger & Klinger, LLP. ("Klinger"), which maintains offices for the practice of accounting at 310 East Shore Road Great Neck, N.Y. 11023.

    b. Klinger was retained as Chapter 11 accountants by the above-captioned Chapter 11 Debtor (the "Debtor"). I submit this certification in connection with the "Application of Klinger & Klinger, LLP. Chapter 11 accountants for the Debtor, for the Allowance of Final Compensation and Reimbursement of Expenses Incurred from October 1, 2009 through October 28, 2009" (the "Application").

    c. In accordance with section 504(a) of title 11, United States Code (the "Bankruptcy Code") and Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to the best of my knowledge, no agreement or understanding exists between Klinger and any other person for a sharing of compensation received or to be received for services rendered in or in connection

with the Debtor's case, except as described in the Application. In addition Klinger has agreed not to share the compensation paid or allowed from the Debtor's estate with any other person, except as permitted under the Bankruptcy Code and Bankruptcy Rules.

d. No agreement or understanding prohibited by 18 U.S.C. §330 (the "UST Guidelines").

e. I have read the Application and to the best of my knowledge, information, and belief formed after a reasonable inquiry, the fees and disbursements sought in the Application fall within the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330 (the "UST Guidelines").

f. The fees and disbursements sought in the Application have been billed at rates and are in accordance with practices that are customarily employed by Klinger and are generally accepted by Klinger's clients.

g. Counsel to the Debtor, counsel to the Committee, the U.S. Trustee, & all other parties of notice, each have been provided with a copy of the Application and all of its exhibits.

h. In accordance with the UST Guidelines, in seeking reimbursement for a service which Klinger purchased or contracted for from a third-party, Klinger has requested reimbursement only for the amount billed to Klinger by the third-party and paid by Klinger to such third-party.

Dated: Great Neck, N.Y.

Dated: Great Neck, New York
December 19, 2009

**KLINGER & KLINGER, LLP**

By */s/ Lee Klinger, CPA*
      Certifying Professional