UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re                                          :          Chapter 11

**BYRAM CONCRETE & SUPPLY, INC.,**          :          Lead Case No. 09-22037 (ASH)

                                    Debtor.        :

-------------------------------------------------------------X

## OPPOSITION BY ASHBY FUEL OIL CORP. (CREDITOR) TO APPLICATION BY DEBTOR TO REDUCE DEBT/CLAIM

State of New York      }
County of Westchester  }  ss.:

**TERESA SCUDIERI**, being duly sworn deposes and says:

**1.**      I am the Vice-President and Accounts Receivables Manager of ASHBY FUEL OIL CORP. ("ASHBY"), a Creditor of the Debtor herein, as such am fully familiar with the facts and circumstances hereof, and submit this Affidavit in Opposition to the relief sought by the Debtor vis-a-vis a reduction of ASHBY's claim herein.

**2.**      ASHBY is engaged in the business of supply and sale of fuel oil to the construction industry. ASHBY delivers fuel oil to construction sites, or to contractor's yards for use in various equipment and vehicles relative to construction projects throughout the N. Y. C. metropolitan area.

3.     The contention that ASHBY's claim against the Debtor is improper and exaggerated and, therefore, must be reduced, is completely frivolous and without merit. That the Debtor's "books and records" reflect a different amount due and owing ASHBY as set forth in the application before this Court is not dispositive of said application.

4.     That the Debtor filed its bankruptcy petition on January 12, 2009, and the instant application claims in Paragraph 15 thereof that as of said date, the sum of $237,027.90 was due ASHBY. However, the Rule 1007-2 Declaration of the Debtor's President dated January 12, 2009, states that its records reflect the debt to be $192,767.13. Does the Debtor merely change its records when circumstances dictate same ??

5.     Furthermore, the argument that ASHBY failed to credit the Debtor with a credit relative to a UW Marx, Inc. payment on or about March 13, 2009, and is charging unjustified late charges is also false. Attached to ASHBY's Notice of Claim is the account statement of Debtor which supports the claim. On the 3rd page of said attachment, the statement shows a "current" balance of "-$2,800.00". Same reflects the credit for the exact sum of $2,800.00 paid to ASHBY on March 24, 2009. (see **Exhibit "A"** hereto)

6.     In addition, the contractual agreement between ASHBY and the Debtor provided for the payment of late fees and finance charges on all unpaid balances. That the Debtor never paid said sum in the past is false. Attached hereto as **Exhibit "B"** are

sample copies of the Debtor's account history from 2004 through 2008. Same reflects the charges for late payment and the payment of same by the Debtor in the past. Same reflects the contractual agreement between the parties and supports the <u>fact</u> that the Debtor's contention to the contrary is false.

7.    By virtue of the above, the request made by the Debtor should be denied. It has misrepresented the <u>fact</u> of the amount of its indebtedness to ASHBY, has misrepresented the <u>fact</u> regarding the credit heretobefore given to the Debtor, and has misrepresented the <u>fact</u> of the contractual obligation to pay late fees, etc. and that same have been paid in the past. While the purpose of a bankruptcy filing may be to assist a debtor in distress, it should not be utilized by a debtor to manipulate its obligations.

**WHEREFORE,** it is requested that the Order sought by the Debtor be denied.

_____
TERESA SCUDIERI

Sworn to before me this
___20 h___ day of January, 2010

_____

PAUL W. MEYER, JR.
NOTARY PUBLIC, State of N.Y.
No. 03-4741391
Qualified in Bronx County
Term Expires September 30, 2013

-3-

```
        ----- SHIP TO -----           ----- BILL TO -----
   BYRAM READY MIX                BYRAM READY MIX
   @@@@MACQUESTION PARKWAY@@@@       56 LAFAYETTE AVENUE
   **CLEAR ULTRA LOW DSL TANK**    SUITE 310
   MT.VERNON, NY      -           WHITE PLAINS, NY 10603-    -
Salesrep:H
Home Phone:  914-    -     Delivery: ANTHONY CELL# 879-3513
Bus. Phone:  914-289-0357 Instruct  ***DO NOT FILL FRONT COMPARTMENT****
```

```
                        BILLING INFORMATION
  Cash/Credit            Terms:  0.00 $  0 day / Net 60
  Tax Code Fuel: 02
           Svc : 02          Finance Charge: Y
                             Current:    -2800.00
                             Over 30:      112.09
                               60:        110.43
                               90:        583.38
  Credit  :   2000.00        120:       6778.84
  Last        2800.00        Balance:   4784.74
  Payment :  03/30/09        Statement: 02/28/09
```

| Date | Inv. # | | Charges | Credits | Adjust. | Balance |
|------|--------|--|---------|---------|---------|---------|
| | | | | Last Years Balance | | 0.00 |
| | | Sub-Account: 000215  -E | | | | |
| 10/30/08 | 7655 | Fuel Delivery | 155.46 | 12.70 | 0.00 | 142.76 |
| 10/31/08 | 7003 | Late Pay Charge | 58.25 | 0.00 | 0.00 | 58.25 |
| | | Sub-Account: 000215  -E | | | | |
| 11/03/08 | 7846 | Fuel Delivery | 273.25 | 0.00 | 0.00 | 273.25 |
| | | Sub-Account: 000215  -E | | | | |
| 11/06/08 | 8047 | Fuel Delivery | 202.18 | 0.00 | 0.00 | 202.18 |
| | | Sub-Account: 000215  -E | | | | |
| 11/10/08 | 8250 | Fuel Delivery | 293.11 | 0.00 | 0.00 | 293.11 |
| | | Sub-Account: 000215  -E | | | | |
| 11/13/08 | 14376 | Fuel Delivery | 371.30 | 0.00 | 0.00 | 371.30 |
| | | Sub-Account: 000215  -E | | | | |
| 11/17/08 | 8761 | Fuel Delivery | 248.05 | 0.00 | 0.00 | 248.05 |
| | | Sub-Account: 000215  -E | | | | |
| 11/20/08 | 9020 | Fuel Delivery | 312.60 | 0.00 | 0.00 | 312.60 |
| | | Sub-Account: 000215  -NT | | | | |
| 11/21/08 | 9233 | Fuel Delivery | 575.54 | 0.00 | 0.00 | 575.54 |
| | | Sub-Account: 000215  -M | | | | |
| 11/21/08 | 9234 | Fuel Delivery | 916.02 | 0.00 | 0.00 | 916.02 |
| | | Sub-Account: 000215  -E | | | | |
| 11/24/08 | 200138 | Fuel Delivery | 131.53 | 0.00 | 0.00 | 131.53 |
| 11/30/08 | 7072 | Late Pay Charge | 64.14 | 0.00 | 0.00 | 64.14 |
| | | Sub-Account: 000215  -E | | | | |
| 12/01/08 | 9608 | Fuel Delivery | 390.11 | 0.00 | 0.00 | 390.11 |
| | | Sub-Account: 000215  -NT | | | | |
| 12/03/08 | 9849 | Fuel Delivery | 165.28 | 0.00 | 0.00 | 165.28 |
| | | Sub-Account: 000215  -E | | | | |
| 12/04/08 | 9957 | Fuel Delivery | 42.66 | 0.00 | 0.00 | 42.66 |



EXHIBIT

A



BYRAM
Concrete & Supply, Inc.

Ashby Fuel Oil Corporation
99 Beechwood Avenue
New Rochelle, NY 10801

March 24, 2009

Maureen,

Enclosed please find our payment, in the amount of $2800., to be applied toward fuel surcharges owed on this past November's Carmody Contracting/Ridge Hill project.

Any questions, please do not hesitate to call.

Regards,

*Martha A. Watson*

Martha A. Watson
Accounts Payable

---

BYRAM
Concrete
& Supply Inc. D.I.P.
56 Lafayette Avenue, Suite 310
White Plains, NY 10603

**citibank**
1-8/210

10260

DATE: 3.24.9

AMOUNT: $2,800.00

two thousand eight hundred and 00/100

PAY TO THE ORDER OF:
Ashby Fuel Oil Corp.

⑈010260⑈ ⑆021000089⑆ 9947147997⑈

# Memorandum

Teresa Scudieri

**Re:** Byram Finance Charges

Attached you will find the finance charges and payments for Byram

I just took a sample of years 2004 through 2008.

Highlighted in yellow are the Finance Charges (Late Pay Charge).

Highlighted in Pink are the payments.

ASHBY FUEL OIL CORP
(914) 576-0009 OFFICE

99 BEECHWOOD AVENUE
NEW ROCHELLE, NEW YORK 10801



# ASHBY  FUEL  OIL  CORP.

# CLIENT  ACTIVITY  REPORT

**ACCOUNT NUMBER:  000215**

BYRAM READY MIX
56 LAFAYETTE AVENUE
SUITE 310
WHITE PLAINS, NY 10603--

RE:  BYRAM READY MIX
     @@@@MACQUESTION PARKWAY@@@@, MT.VERNON

PAGE :   1

| DATE | INV # | CHARGES AND CREDITS | | AMOUNT |
|------|-------|---------------------|--|--------|
| | | | Balance Forward | 25974.01 |
| 11/30/04 | 3563 | Late Pay Charge | *Paid 2/30/05* | 221.56 |
| | | | Total Late Pay $ | 221.56 |
| | | | Current Bal.  $ | 26195.57 |

# ASHBY  FUEL  OIL  CORP.

## CLIENT  ACTIVITY  REPORT

**ACCOUNT NUMBER:  000215**

BYRAM READY MIX
56 LAFAYETTE AVENUE
SUITE 310
WHITE PLAINS, NY 10603-

RE:  BYRAM READY MIX
     @@@@MACQUESTION PARKWAY@@@@, MT.VERNON

PAGE :    1

| DATE | INV # | CHARGES AND CREDITS | | | | AMOUNT |
|------|-------|---------------------|---|---|---|--------|
| | | | | | Balance Forward | 24582.80 |
| 03/30/05 | 3563 | Payment | CK | 2178 | $7108.08 | -221.56 |
| 03/30/05 | 59854 | Payment | CK | 2178 | $7108.08 | -214.39 |
| 03/30/05 | 168148 | Payment | CK | 2178 | $7108.08 | -2048.25 |
| 03/30/05 | 168168 | Payment | CK | 2178 | $7108.08 | -1596.60 |
| 03/30/05 | 168169 | Payment | CK | 2178 | $7108.08 | -985.95 |
| 03/30/05 | 168170 | Payment | CK | 2178 | $7108.08 | -1153.45 |
| 03/30/05 | 171395 | Payment | CK | 2178 | $7108.08 | -887.88 |

Total Payments $    7108.08
Current Bal.   $   17474.72

ASHBY  FUEL  OIL  CORP.

CLIENT  ACTIVITY  REPORT

ACCOUNT NUMBER: 000215

BYRAM READY MIX
56 LAFAYETTE AVENUE
SUITE 310
WHITE PLAINS, NY 10603-

RE:  BYRAM READY MIX
     @@@@MACQUESTION PARKWAY@@@@, MT.VERNON

PAGE :    1

| DATE | INV # | CHARGES AND CREDITS | AMOUNT |
|------|-------|---------------------|--------|
|      |       | Balance Forward | 44604.04 |
| 06/30/05 | 4279 | Late Pay Charge  *Paid 9/9/05* | 493.27 |
|      |       | Total Late Pay $ | 493.27 |
|      |       | Current Bal.  $ | 45097.31 |

ASHBY FUEL OIL CORP.
99 Beechwood Ave
New Rochelle  NY  10801

PHONE: (914)576-0009

DATE: 01/19/2010

# ASHBY  FUEL  OIL  CORP.

# CLIENT  ACTIVITY  REPORT

ACCOUNT NUMBER: 000215

BYRAM READY MIX
56 LAFAYETTE AVENUE
SUITE 310
WHITE PLAINS, NY 10603-

RE:  BYRAM READY MIX
     @@@@MACQUESTION PARKWAY@@@@, MT.VERNON

PAGE :    1

| DATE | INV # | CHARGES AND CREDITS | | | AMOUNT |
|------|-------|---------------------|---|---|--------|
| | | | | Balance Forward | 58442.63 |
| 09/09/05 | 4025 | Payment | CK | 2479 $7586.81 | -3690.69 |
| 09/09/05 | 4279 | Payment | CK | 2479 $7586.81 | -493.27 |
| 09/09/05 | 4642 | Payment | CK | 2479 $7586.81 | -3402.85 |

Total Payments $   7586.81
Current Bal.   $  50855.82

ASHBY FUEL OIL CORP.                          PHONE: (914)576-0009
99 Beechwood Ave
New Rochelle  NY  10801                       DATE: 01/19/2010

              ASHBY  FUEL  OIL  CORP.

           CLIENT  ACTIVITY  REPORT

                                ACCOUNT NUMBER:  000215

              BYRAM READY MIX
              56 LAFAYETTE AVENUE
              SUITE 310
              WHITE PLAINS, NY 10603-

    RE:  BYRAM READY MIX
         @@@@MACQUESTION PARKWAY@@@@, MT.VERNON


PAGE :    1
---

   DATE     INV #        CHARGES AND CREDITS                    AMOUNT
---
                                           Balance Forward    83801.40
03/31/06     5061   Late Pay Charge    *Paid 6/15/06*          1155.29

                                           Total Late Pay $    1155.29
                                           Current Bal.   $   84956.69

ASHBY FUEL OIL CORP.
99 Beechwood Ave
New Rochelle NY 10801

PHONE: (914)576-0009

DATE: 01/19/2010

# ASHBY FUEL OIL CORP.

# CLIENT ACTIVITY REPORT

ACCOUNT NUMBER: 000215

BYRAM READY MIX
56 LAFAYETTE AVENUE
SUITE 310
WHITE PLAINS, NY 10603-

RE: BYRAM READY MIX
@@@@MACQUESTION PARKWAY@@@@, MT.VERNON

PAGE : 1

| DATE | INV # | CHARGES AND CREDITS | | | AMOUNT |
|------|-------|---------------------|----|--------------|--------|
| | | Balance Forward | | | 98412.42 |
| 06/15/06 | 5061 | Payment | CK | 3130 $30301.10 | -1155.29 |
| 06/15/06 | 13765 | Payment | CK | 3130 $30301.10 | -442.47 |
| 06/15/06 | 17346 | Payment | CK | 3130 $30301.10 | -787.22 |
| 06/15/06 | 17347 | Payment | CK | 3130 $30301.10 | -2695.53 |
| 06/15/06 | 17715 | Payment | CK | 3130 $30301.10 | -5715.46 |
| 06/15/06 | 21648 | Payment | CK | 3130 $30301.10 | -238.99 |
| 06/15/06 | 21954 | Payment | CK | 3130 $30301.10 | -1420.53 |
| 06/15/06 | 24704 | Payment | CK | 3130 $30301.10 | -1386.31 |
| 06/15/06 | 26335 | Payment | CK | 3130 $30301.10 | -1119.70 |
| 06/15/06 | 175027 | Payment | CK | 3130 $30301.10 | -3141.20 |
| 06/15/06 | 178369 | Payment | CK | 3130 $30301.10 | -6106.71 |
| 06/15/06 | 183090 | Payment | CK | 3130 $30301.10 | -283.86 |
| 06/15/06 | 183091 | Payment | CK | 3130 $30301.10 | -848.62 |
| 06/15/06 | 183137 | Payment | CK | 3130 $30301.10 | -585.45 |
| 06/15/06 | 183176 | Payment | CK | 3130 $30301.10 | -254.92 |
| 06/15/06 | 183195 | Payment | CK | 3130 $30301.10 | -4118.84 |

Total Payments $ 30301.10
Current Bal. $ 68111.32

ASHBY FUEL OIL CORP.                    PHONE: (914)576-0009
99 Beechwood Ave
New Rochelle  NY  10801                 DATE: 01/19/2010

              ASHBY  FUEL  OIL  CORP.

              CLIENT  ACTIVITY  REPORT

                            ACCOUNT NUMBER: 000215

              BYRAM READY MIX
              56 LAFAYETTE AVENUE
              SUITE 310
              WHITE PLAINS, NY 10603-

    RE:  BYRAM READY MIX
         @@@@MACQUESTION PARKWAY@@@@, MT.VERNON

PAGE :   1
-------------------------------------------------------------------
   DATE      INV #       CHARGES AND CREDITS              AMOUNT
-------------------------------------------------------------------
                                        Balance Forward   94045.92
09/30/06     5359   Late Pay Charge   Paid 12/14/06        1254.79

                                    Total Late Pay $    1254.79
                                    Current Bal.   $   95300.71

ASHBY FUEL OIL CORP.            PHONE: (914)576-0009
99 Beechwood Ave
New Rochelle  NY  10801        DATE: 01/19/2010

# ASHBY  FUEL  OIL  CORP.

# CLIENT  ACTIVITY  REPORT

**ACCOUNT NUMBER:  000215**

BYRAM READY MIX
56 LAFAYETTE AVENUE
SUITE 310
WHITE PLAINS, NY 10603-

RE:  BYRAM READY MIX
     @@@@MACQUESTION PARKWAY@@@@, MT.VERNON

| DATE | INV # | CHARGES AND CREDITS | | | | AMOUNT |
|------|-------|---------------------|---|---|---|--------|
| | | | | | Balance Forward | 84952.93 |
| 12/14/06 | 5359 | Payment | CK | #3494 $24991.52 | | -1254.79 |
| 12/14/06 | 27207 | Payment | CK | #3494 $24991.52 | | -4120.23 |
| 12/14/06 | 36796 | Payment | CK | #3494 $24991.52 | | -3252.38 |
| | 000215 | -NT  BYRAM READY MI ***HOPPER TANK**** | | | | |
| 12/14/06 | 54003 | #2NT DSL TAX EXEMPT | 369.4 gals @ | | 1.9830 | 732.52 |
| 12/14/06 | 54008 | #CUL CLEAR ULTRA LOW | 2328.8 gals @ | | 2.1180 | 4932.40 |
| | | PBT (LS) | | | | 329.53 |
| | | Fed Excise Tax | | | | 568.23 |
| | | LUST | | | | 233.21 |
| | | State Excise Tax | | | | 186.30 |
| | | | | | | 6249.67 |
| 12/14/06 | 176468 | Payment | CK | #3494 $24991.52 | | -2904.34 |
| 12/14/06 | 184893 | Payment | CK | #3494 $24991.52 | | -4534.74 |
| 12/14/06 | 185721 | Payment | CK | #3494 $24991.52 | | -5231.19 |
| 12/14/06 | 185738 | Payment | CK | #3494 $24991.52 | | -3693.85 |

Total Fuel    $  5664.92
Total Tax     $  1317.27
Total Payments $ 24991.52
Current Bal.  $ 66943.60

```
ASHBY FUEL OIL CORP.                        PHONE: (914)576-0009
99 Beechwood Ave
New Rochelle  NY  10801                      DATE: 01/19/2010
```

## ASHBY  FUEL  OIL  CORP.

## CLIENT  ACTIVITY  REPORT

**ACCOUNT NUMBER: 000215**

```
              BYRAM READY MIX
              56 LAFAYETTE AVENUE
              SUITE 310
              WHITE PLAINS, NY 10603-

RE:  BYRAM READY MIX
     @@@@MACQUESTION PARKWAY@@@@, MT.VERNON
```

PAGE :    1

| DATE | INV # | CHARGES AND CREDITS | AMOUNT |
|------|-------|---------------------|--------|
| | | Balance Forward | 106752.32 |
| 04/30/07 | 5823 | Late Pay Charge    *Paid 1/9/07* | 1401.22 |
| | | Total Late Pay $ | 1401.22 |
| | | Current Bal.   $ | 108153.54 |

ASHBY FUEL OIL CORP.                          PHONE: (914)576-0009
99 Beechwood Ave
New Rochelle  NY  10801                        DATE: 01/19/2010


              A S H B Y   F U E L   O I L   C O R P.

              C L I E N T   A C T I V I T Y   R E P O R T


                              ACCOUNT NUMBER: 000215


              BYRAM READY MIX
              56 LAFAYETTE AVENUE
              SUITE 310
              WHITE PLAINS, NY 10603-

       RE:  BYRAM READY MIX
            @@@@MACQUESTION PARKWAY@@@@, MT.VERNON


PAGE :   1

-------------------------------------------------------------------------
  DATE    INV #        CHARGES AND CREDITS                        AMOUNT
-------------------------------------------------------------------------
                                           Balance Forward     67513.29
07/09/07    5823    Payment      CK    1007 $10893.14           1401.22
07/09/07   46190    Payment      CK    1007 $10893.14          -1228.56
07/09/07  185634    Payment      CK    1007 $10893.14          -4368.55
07/09/07  188851    Payment      CK    1007 $10893.14          -3894.81
07/09/07  193496    #CUT CUL TANK           2267.8 gals @    2.4875    5641.15
                    PBT (LS)                                     336.77
                    Fed Excise Tax                              553.34
                    LUST                                        261.25
                    State Excise Tax                            181.42
                    State Sales Tax                             198.43
                                                         --------------------
                                                              7172.36

                              Total Fuel      $    5641.15
                              Total Tax       $    1531.21
                              Total Payments  $   10893.14
                              Current Bal.    $   63792.51

ASHBY FUEL OIL CORP.                           PHONE: (914)576-0009
99 Beechwood Ave
New Rochelle  NY  10801                        DATE: 01/19/2010


                 A S H B Y   F U E L   O I L   C O R P .

                 C L I E N T   A C T I V I T Y   R E P O R T


                                   ACCOUNT NUMBER:  000215


             BYRAM READY MIX
             56 LAFAYETTE AVENUE
             SUITE 310
             WHITE PLAINS, NY 10603-

    RE:  BYRAM READY MIX
         @@@@MACQUESTION PARKWAY@@@@, MT.VERNON


PAGE :    1
------------------------------------------------------------------------
  DATE      INV #       CHARGES AND CREDITS                      AMOUNT
------------------------------------------------------------------------
10/31/07      6493    Late Pay Charge   Paid 1/11/08  Balance Forward  63446.51
                                                                       1080.61

                                        Total Late Pay $   1080.61
                                        Current Bal.   $  64527.12

ASHBY FUEL OIL CORP.
99 Beechwood Ave
New Rochelle  NY  10801

PHONE: (914)576-0009

DATE: 01/19/2010

# ASHBY  FUEL  OIL  CORP.

# CLIENT  ACTIVITY  REPORT

ACCOUNT NUMBER:  000215

BYRAM READY MIX
56 LAFAYETTE AVENUE
SUITE 310
WHITE PLAINS, NY 10603~

RE:  BYRAM READY MIX
     @@@@MACQUESTION PARKWAY@@@@, MT.VERNON

| DATE | INV # | CHARGES AND CREDITS | | | | AMOUNT |
|------|-------|---------------------|--|--|--|--------|
| | | | | Balance Forward | | 89207.47 |
| 01/11/08 | 6493 | Payment | CK | 1348 $19764.42 | | -1080.61 |
| | 000215 | -NT  BYRAM READY MI ***HOPPER TANK**** | | | | |
| 01/11/08 | 25264 | #2NT Dsl. Tax Exempt | 537.7 gals @ | | 2.9540 | 1588.37 |
| 01/11/08 | 29810 | Payment | CK | 1348 $19764.42 | | -5469.98 |
| 01/11/08 | 58827 | Payment | CK | 1348 $19764.42 | | -339.28 |
| 01/11/08 | 65496 | Payment | CK | 1348 $19764.42 | | -390.68 |
| | 000215 | -E  BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | | | | |
| 01/11/08 | 82884 | #RUL RED ULTRA LOW | 66.6 gals @ | | 3.5570 | 236.90 |
| | | P8T (HS) | | | | 9.89 |
| | | LUST | | | | 9.87 |
| | | State Excise Tax | | | | 5.33 |
| | | State Sales Tax | | | | 5.83 |
| | | | | | | 267.82 |
| 01/11/08 | 172311 | Payment | CK | 1348 $19764.42 | | -5534.49 |
| 01/11/08 | 194181 | Payment | CK | 1336 $4249.70 | | -2745.23 |
| 01/11/08 | 194186 | Payment | CK | 1348 $19764.42 | | -6949.38 |
| 01/11/08 | 194221 | Payment | CK | 1336 $4249.70 | | -1504.47 |

|               |    |          |
|---------------|----|----------|
| Total Fuel    | $  | 1825.27  |
| Total Tax     | $  | 30.92    |
| Total Payments| $  | 24014.12 |
| Current Bal.  | $  | 67049.54 |

ASHBY FUEL OIL CORP.
99 Beechwood Ave
New Rochelle  NY  10801

PHONE: (914)576-0009

DATE: 01/18/2010

# ASHBY  FUEL  OIL  CORP.

# CLIENT  ACTIVITY  REPORT

**ACCOUNT NUMBER:  000215**

BYRAM READY MIX
56 LAFAYETTE AVENUE
SUITE 310
WHITE PLAINS, NY 10603-

RE:  BYRAM READY MIX
     @@@@MACQUESTION PARKWAY@@@@, MT.VERNON

| DATE | INV # | CHARGES AND CREDITS | | | AMOUNT |
|------|-------|---------------------|---|---|--------|
| 01/29/08 | 71296 | #2C  Htg. Oil Comm | 131.2 gals @ | 2.8350 | 371.95 |
| | | PBT (Htg Comm) | | | 6.04 |
| | | State Sales Tax(Com) | | | 15.12 |
| | | State Sales Tax | | | 11.48 |
| | | | | | 404.59 |
| 01/31/08 | 6646 | Late Pay Charge | | *Po 5/30/08* | 1255.47 √ |
| 01/31/08 | 34462 | #CUL CLEAR ULTRA LOW | 412.6 gals @ | 2.9400 | 1213.04 |
| | | PBT (LS) | | | 61.27 |
| | | Fed Excise Tax | | | 100.67 |
| | | LUST | | | 55.00 |
| | | State Excise Tax | | | 33.01 |
| | | | | | 1462.99 |
| | 000215 | -E   BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | | | |
| 02/01/08 | 71605 | #RUL RED ULTRA LOW | 47.9 gals @ | 3.4880 | 167.08 |
| | | PBT (HS) | | | 7.02 |
| | | LUST | | | 6.96 |
| | | State Excise Tax | | | 3.83 |
| | | State Sales Tax | | | 4.19 |
| | | | | | 189.08 |
| | 000215 | -E   BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | | | |
| 02/04/08 | 68793 | #RUL RED ULTRA LOW | 108.1 gals @ | 3.4580 | 373.81 |
| | | PBT (HS) | | | 15.84 |
| | | LUST | | | 15.59 |
| | | State Excise Tax | | | 8.65 |
| | | State Sales Tax | | | 9.46 |
| | | | | | 423.35 |

```
ASHBY FUEL OIL CORP.                        PHONE: (914)576-0009
99 Beechwood Ave
New Rochelle  NY  10801                      DATE: 01/18/2010


             ASHBY  FUEL  OIL  CORP.

             CLIENT  ACTIVITY  REPORT


                                ACCOUNT NUMBER: 000215


              BYRAM READY MIX
              56 LAFAYETTE AVENUE
              SUITE 310
              WHITE PLAINS, NY 10603-


   RE:  BYRAM READY MIX
        @@@@MACQUESTION PARKWAY@@@@, MT.VERNON



PAGE :  24

 -------------------------------------------------------------------
   DATE     INV #         CHARGES AND CREDITS                AMOUNT
 -------------------------------------------------------------------
            000215    -E  BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK
 05/23/08   87900    #RUL RED ULTRA LOW       19.3 gals @     5.0480    97.43
                     PBT (HS)                                            2.83
                     LUST                                                4.01
                     State Excise Tax                                    1.54
                     State Sales Tax                                     1.69
                                                                     -----------
                                                                       107.50
            000215    -E  BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK
 05/28/08   87407    #RUL RED ULTRA LOW       20.1 gals @     4.8810    98.11
                     PBT (HS)                                            2.94
                     LUST                                                4.04
                     State Excise Tax                                    1.61
                     State Sales Tax                                     1.76
                                                                     -----------
                                                                       108.46
 05/30/08    6646    Payment        CK    2660 $5259.68               -1255.47
 05/30/08   34462    Payment        CK    2660 $5259.68               -1462.99
 05/30/08   68639    Payment        CK    2660 $5259.68                -405.00
 05/30/08   68791    Payment        CK    2660 $5259.68               -1227.81
 05/30/08   68855    Payment        CK    2660 $5259.68                -203.98
 05/30/08   71204    Payment        CK    2660 $5259.68                 -41.82
 05/30/08   71295    Payment        CK    2660 $5259.68                -162.91
 05/30/08   71296    Payment        CK    2660 $5259.68                -404.59
 05/30/08   82911    Payment        CK    2660 $5259.68                 -95.11
            000215    -E  BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK
 05/30/08   87546    #RUL RED ULTRA LOW        9.7 gals @     4.7880    46.44
                     PBT (HS)                                            1.42
                     LUST                                                1.91
                     State Excise Tax                                    0.78
                     State Sales Tax                                     0.85
                                                                     -----------
                                                                        51.40
```

# ASHBY  FUEL  OIL  CORP.

## CLIENT  ACTIVITY  REPORT

**ACCOUNT NUMBER:  000215**

BYRAM READY MIX
56 LAFAYETTE AVENUE
SUITE 310
WHITE PLAINS, NY 10603~

RE:  BYRAM READY MIX
     @@@@MACQUESTION PARKWAY@@@@, MT.VERNON

PAGE :   11

| DATE | INV # | CHARGES AND CREDITS | | | | | AMOUNT |
|------|-------|---------------------|---|---|---|---|--------|
| 02/28/08 | 78866 | Payment | CK | 2147 $39031.73 | | | -315.30 |
| 02/28/08 | 79461 | #CUL CLEAR ULTRA LOW | | 895.7 gals @ | 3.3750 | | 3022.99 |
| | | PBT (LS) | | | | | 131.22 |
| | | Fed Excise Tax | | | | | 218.55 |
| | | LUST | | | | | 134.91 |
| | | State Excise Tax | | | | | 71.66 |
| | | | | | | | 3579.33 |
| 02/28/08 | 85119 | Payment | CK | 2147 $39031.73 | | | -157.58 |
| 02/28/08 | 85288 | Payment | CK | 2147 $39031.73 | | | -116.79 |
| 02/28/08 | 85468 | Payment | CK | 2147 $39031.73 | | | -159.51 |
| 02/28/08 | 99659 | Payment | CK | 2147 $39031.73 | | | -7670.54 |
| 02/28/08 | 99735 | Payment | CK | 2147 $39031.73 | | | -198.96 |
| 02/28/08 | 193127 | Payment | CK | 2147 $39031.73 | | | -8777.78 |
| 02/28/08 | 194168 | Payment | CK | 2147 $39031.73 | | | -11720.52 |
| 02/28/08 | 194249 | Payment | CK | 2147 $39031.73 | | | -7019.31 |
| 02/29/08 | 6686 | Late Pay Charge | | | | | 576.13 |
| | 000215 | ~E  BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | | | | | |
| 02/29/08 | 79903 | #RUL RED ULTRA LOW | | 38.7 gals @ | 4.0240 | | 155.73 |
| | | PBT (HS) | | | | | 5.67 |
| | | LUST | | | | | 6.46 |
| | | State Excise Tax | | | | | 3.10 |
| | | State Sales Tax | | | | | 3.39 |
| | | | | | | | 174.35 |
| 02/29/08 | 79904 | #2C  HGT OIL COMM | | 158.9 gals @ | 3.1070 | | 493.70 |
| | | PBT (Htg Comm) | | | | | 7.63 |
| | | State Sales Tax(Com) | | | | | 20.05 |
| | | State Sales Tax | | | | | 13.90 |
| | | | | | | | 535.28 |

*PD 6/20/08* ✓

ASHBY FUEL OIL CORP.
99 Beechwood Ave
New Rochelle  NY  10801

PHONE: (914)576-0009

DATE: 01/18/2010

# ASHBY  FUEL  OIL  CORP.

# CLIENT  ACTIVITY  REPORT

ACCOUNT NUMBER:  000215

BYRAM READY MIX
56 LAFAYETTE AVENUE
SUITE 310
WHITE PLAINS, NY 10603-

RE:  BYRAM READY MIX
     @@@@MACQUESTION PARKWAY@@@@, MT.VERNON

| DATE | INV # | CHARGES AND CREDITS | | | | AMOUNT |
|------|-------|---------------------|---|---|---|--------|
| 06/20/08 | 6686 | Payment | CK | 2763 | $10266.23 | -576.13 |
| 06/20/08 | 75284 | Payment | CK | 2763 | $10266.23 | -2187.20 |
| 06/20/08 | 75469 | Payment | CK | 2763 | $10266.23 | -375.59 |
| 06/20/08 | 79385 | Payment | CK | 2763 | $10266.23 | -121.71 |
| 06/20/08 | 79386 | Payment | CK | 2763 | $10266.23 | -382.42 |
| 06/20/08 | 79429 | Payment | CK | 2763 | $10266.23 | -206.40 |
| 06/20/08 | 79461 | Payment | CK | 2763 | $10266.23 | -3579.33 |
| 06/20/08 | 79592 | Payment | CK | 2763 | $10266.23 | -98.72 |
| 06/20/08 | 79593 | Payment | CK | 2763 | $10266.23 | -1018.50 |
| 06/20/08 | 79903 | Payment | CK | 2763 | $10266.23 | -174.35 |
| 06/20/08 | 79904 | Payment | CK | 2763 | $10266.23 | -535.28 |
| 06/20/08 | 79908 | Payment | CK | 2763 | $10266.23 | -1010.60 |
| | 000215 | -E  BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | | | | |
| 06/23/08 | 87521 | #RUL RED ULTRA LOW | 67.0 gals @ | 4.7420 | | 317.71 |
| | | PBT (HS) | | | | 9.82 |
| | | LUST | | | | 13.10 |
| | | State Excise Tax | | | | 5.36 |
| | | State Sales Tax | | | | 5.86 |
| | | | | | | 351.85 |
| 06/27/08 | 70011 | Payment | CK | 2808 | $2111.33 | -37.18 |
| 06/27/08 | 70099 | Payment | CK | 2808 | $2111.33 | -35.00 |
| 06/27/08 | 72116 | Payment | CK | 2808 | $3255.81 | -121.96 |
| 06/27/08 | 72119 | Payment | CK | 2808 | $2111.33 | -1045.89 |
| 06/27/08 | 72166 | Payment | CK | 2808 | $3255.81 | -236.07 |
| 06/27/08 | 72295 | Payment | CK | 2808 | $3255.81 | -83.57 |

# ASHBY  FUEL  OIL  CORP.

## CLIENT  ACTIVITY  REPORT

**ACCOUNT NUMBER:  000215**

BYRAM READY MIX
56 LAFAYETTE AVENUE
SUITE 310
WHITE PLAINS, NY 10603-

RE:  BYRAM READY MIX
     @@@@MACQUESTION PARKWAY@@@@, MT.VERNON

PAGE :   17

| DATE | INV # | CHARGES AND CREDITS | AMOUNT |
|------|-------|---------------------|--------|
| 03/27/08 | 193216 | Payment      CK    ck#2386 $20651.93 | -1597.98 |
| 03/31/08 | 6723 | Late Pay Charge                    Po 6/11/08 | 603.64 ✓ |
|  | 000215 | -E   BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | |
| 04/02/08 | 197226 | #RUL RED ULTRA LOW        131.6 gals @      4.1110 | 541.01 |
|  |  | PBT (HS) | 19.28 |
|  |  | LUST | 22.41 |
|  |  | State Excise Tax | 10.53 |
|  |  | State Sales Tax | 11.52 |
|  |  |  | 604.75 |
| 04/03/08 | 75030 | #CUL CLEAR ULTRA LOW      400.0 gals @      3.6250 | 1450.00 |
|  |  | PBT (LS) | 58.60 |
|  |  | Fed Excise Tax | 97.60 |
|  |  | LUST | 64.25 |
|  |  | State Excise Tax | 32.00 |
|  |  | State Sales Tax | 35.00 |
|  |  |  | 1737.45 |
|  | 000215 | -E   BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | |
| 04/07/08 | 70780 | #RUL RED ULTRA LOW        127.5 gals @      4.2290 | 539.20 |
|  |  | PBT (HS) | 18.68 |
|  |  | LUST | 22.32 |
|  |  | State Excise Tax | 10.20 |
|  |  | State Sales Tax | 11.16 |
|  |  |  | 601.56 |

ASHBY FUEL OIL CORP.                    PHONE: (914)576-0009
99 Beechwood Ave
New Rochelle  NY  10801                 DATE: 01/18/2010


               ASHBY  FUEL  OIL  CORP.

               CLIENT  ACTIVITY  REPORT


                              ACCOUNT NUMBER: 000215


        BYRAM READY MIX
        56 LAFAYETTE AVENUE
        SUITE 310
        WHITE PLAINS, NY 10603-

   RE:  BYRAM READY MIX
        @@@@MACQUESTION PARKWAY@@@@, MT.VERNON


PAGE :   28

| DATE | INV # | CHARGES AND CREDITS | | | | AMOUNT |
|---|---|---|---|---|---|---|
| 06/27/08 | 72297 | Payment | CK | 2808 | $3255.81 | -12.29 |
| 06/27/08 | 72404 | Payment | CK | 2808 | $3255.81 | -2055.82 |
| 06/27/08 | 72602 | Payment | CK | 2808 | $2111.33 | -206.14 |
| 06/27/08 | 72604 | Payment | CK | 2808 | $2111.33 | -140.84 |
| 06/27/08 | 72694 | Payment | CK | 2808 | $2111.33 | -249.64 |
| 06/27/08 | 72843 | Payment | CK | 2808 | $2111.33 | -396.64 |
| 06/27/08 | 79998 | Payment | CK | 2808 | $3255.81 | -441.62 |
| 06/27/08 | 79999 | Payment | CK | 2808 | $3255.81 | -304.48 |
| 06/30/08 | 6834 | Late Pay Charge | | | | 699.36 |

Po 10/14/08 ✓

```
          000215   -E   BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK
07/02/08  67517   #RUL RED ULTRA LOW      70.3 gals @      4.8790   342.99
                  PBT (HS)                                           10.30
                  LUST                                               14.13
                  State Excise Tax                                    5.62
                  State Sales Tax                                     6.15
                                                          ----------
                                                                    379.19

          000215   -E   BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK
07/08/08  67865   #RUL RED ULTRA LOW      57.2 gals @      4.8990   280.22
                  PBT (HS)                                            8.38
                  LUST                                               11.54
                  State Excise Tax                                    4.58
                  State Sales Tax                                     5.01
                                                          ----------
                                                                    309.73
07/11/08   6723  Payment       CK   2842 $4679.47                  -603.64 ✓
```

# ASHBY  FUEL  OIL  CORP.

## CLIENT  ACTIVITY  REPORT

**ACCOUNT NUMBER: 000215**

```
BYRAM READY MIX
56 LAFAYETTE AVENUE
SUITE 310
WHITE PLAINS, NY 10603-
```

RE: BYRAM READY MIX
@@@@MACQUESTION PARKWAY@@@@, MT.VERNON

PAGE : 37

| DATE | INV # | CHARGES AND CREDITS | AMOUNT |
|------|-------|---------------------|--------|
| 10/14/08 | 6834 | Payment      CK  3293 $2608.65 | -699.36 |
| 10/14/08 | 67517 | Payment     CK  3293 $2608.65 | -379.19 |
| 10/14/08 | 69175 | Payment     CK  3293 $2608.65 | -184.58 |
| 10/14/08 | 74152 | Payment     CK  3293 $2608.65 | -23.05 |
| 10/14/08 | 76664 | Payment     CK  3293 $2608.65 | -463.39 |
| 10/14/08 | 87184 | Payment     CK  3293 $2608.65 | -331.63 |
| 10/14/08 | 87521 | Payment     CK  3293 $2608.65 | -351.85 |
| 10/14/08 | 199005 | Payment    CK  3293 $2608.65 | -70.30 |
| 10/14/08 | 199401 | Payment    CK  3293 $2608.65 | -105.30 |
| | 000215 | -E  BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | |
| 10/15/08 | 90798 | #RUL RED ULTRA LOW      62.2 gals @      3.5900 | 223.30 |
| | | PBT (HS) | 9.11 |
| | | LUST | 9.30 |
| | | State Excise Tax | 4.98 |
| | | State Sales Tax | 5.44 |
| | | | 252.13 |
| | 000215 | -E  BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | |
| 10/15/08 | 90802 | #CUL CLEAR ULTRA LOW    62.7 gals @      3.5800 | 224.47 |
| | | PBT (LS) | 9.19 |
| | | Fed Excise Tax | 15.30 |
| | | LUST | 9.96 |
| | | State Excise Tax | 5.02 |
| | | State Sales Tax | 5.49 |
| | | | 269.43 |

## ASHBY  FUEL  OIL  CORP.

## CLIENT  ACTIVITY  REPORT

**ACCOUNT NUMBER: 000215**

BYRAM READY MIX
56 LAFAYETTE AVENUE
SUITE 310
WHITE PLAINS, NY 10603-

RE:  BYRAM READY MIX
     @@@@MACQUESTION PARKWAY@@@@, MT.VERNON

PAGE :   1

---

| DATE | INV # | CHARGES AND CREDITS | AMOUNT |
|------|-------|---------------------|--------|
| | | | Balance Forward    51164.71 |
| 05/31/08 | 6793 | Late Pay Charge   *Paid 9/5/08* | 826.53 |
| | | Total Late Pay $    826.53 | |
| | | Current Bal.   $  51991.24 | |

ASHBY FUEL OIL CORP.                          PHONE: (914)576-0009
99 Beechwood Ave
New Rochelle  NY  10801                        DATE: 01/18/2010


ASHBY  FUEL  OIL  CORP.

CLIENT  ACTIVITY  REPORT


ACCOUNT NUMBER:  000215


BYRAM READY MIX
56 LAFAYETTE AVENUE
SUITE 310
WHITE PLAINS, NY 10603-

RE:  BYRAM READY MIX
     @@@@MACQUESTION PARKWAY@@@@, MT.VERNON

| DATE | INV # | CHARGES AND CREDITS | | AMOUNT |
|------|-------|---------------------|--|--------|
| 09/05/08 | 6793 | Payment          CK   3130 $986.39 | | -826.53 ✓ |
|          | 000215 | -E   BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | | |
| 09/05/08 | 69971 | #RUL RED ULTRA LOW        58.0 gals @      4.2360 | | 245.69 |
|          |       | PBT (HS) | | 8.50 |
|          |       | LUST | | 10.17 |
|          |       | State Excise Tax | | 4.64 |
|          |       | State Sales Tax | | 5.08 |
|          |       | | | 274.08 |
| 09/05/08 | 87407 | Payment          CK   3130 $986.39 | | -108.46 |
| 09/05/08 | 87546 | Payment          CK   3130 $986.39 | | -51.40 |
|          | 000215 | -E   BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | | |
| 09/09/08 | 89030 | #RUL RED ULTRA LOW        47.0 gals @      4.1840 | | 196.65 |
|          |       | PBT (HS) | | 6.89 |
|          |       | LUST | | 8.14 |
|          |       | State Excise Tax | | 3.76 |
|          |       | State Sales Tax | | 4.11 |
|          |       | | | 219.55 |
|          | 000215 | -E   BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | | |
| 09/16/08 | 89497 | #CUL CLEAR ULTRA LOW      29.6 gals @      4.0840 | | 120.89 |
|          |       | PBT (LS) | | 4.34 |
|          |       | Fed Excise Tax | | 7.22 |
|          |       | LUST | | 5.30 |
|          |       | State Excise Tax | | 2.37 |
|          |       | State Sales Tax | | 2.59 |
|          |       | | | 142.71 |

ASHBY  FUEL  OIL  CORP.

CLIENT  ACTIVITY  REPORT

ACCOUNT NUMBER: 000215

BYRAM READY MIX
56 LAFAYETTE AVENUE
SUITE 310
WHITE PLAINS, NY 10603-

RE:  BYRAM READY MIX
     @@@@MACQUESTION PARKWAY@@@@, MT.VERNON

PAGE :  20

| DATE | INV # | CHARGES AND CREDITS | AMOUNT |
|------|-------|---------------------|--------|
|          | 000215 | ~E   BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | |
| 04/25/08 | 73219 | #RUL RED ULTRA LOW      10.8 gals @      4.3850 | 47.36 |
|          |       | PBT (HS) | 1.58 |
|          |       | LUST | 1.96 |
|          |       | State Excise Tax | 0.86 |
|          |       | State Sales Tax | 0.95 |
|          |       | | 52.71 |
|          | 000215 | ~E   BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | |
| 04/28/08 | 73108 | #RUL RED ULTRA LOW      88.5 gals @      4.4090 | 390.20 |
|          |       | PBT (HS) | 12.97 |
|          |       | LUST | 16.13 |
|          |       | State Excise Tax | 7.08 |
|          |       | State Sales Tax | 7.74 |
|          |       | | 434.12 |
|          | 000215 | ~E   BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | |
| 04/29/08 | 73346 | #RUL RED ULTRA LOW       1.7 gals @      4.4240 | 7.52 |
|          |       | PBT (HS) | 0.25 |
|          |       | LUST | 0.31 |
|          |       | State Excise Tax | 0.14 |
|          |       | State Sales Tax | 0.15 |
|          |       | | 8.37 |
| 04/30/08 | 6756 | Late Pay Charge | 754.34 |
| 05/01/08 | 25264 | Payment    CK   2565 $7365.76 | -1588.37 |

*(handwritten: Pd 7/31/08 ✓)*

## ASHBY  FUEL  OIL  CORP.

## CLIENT  ACTIVITY  REPORT

**ACCOUNT NUMBER: 000215**

```
BYRAM READY MIX
56 LAFAYETTE AVENUE
SUITE 310
WHITE PLAINS, NY 10603-
```

RE:  BYRAM READY MIX
       @@@@MACQUESTION PARKWAY@@@@, MT.VERNON

PAGE :   30

| DATE | INV # | CHARGES AND CREDITS | AMOUNT |
|------|-------|---------------------|--------|
| 07/18/08 | 197226 | Payment      CK    2884 $2342.20 | -604.75 |
|          | 000215 | -E   BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | |
| 07/28/08 | 83409 | #RUL RED ULTRA LOW        65.4 gals @    4.4960 | 294.04 |
|          |       | PBT (HS) | 9.58 |
|          |       | LUST | 12.14 |
|          |       | State Excise Tax | 5.23 |
|          |       | State Sales Tax | 5.72 |
|          |       |  | 326.71 |
|          | 000215 | -E   BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | |
| 07/29/08 | 83515 | #RUL RED ULTRA LOW        70.8 gals @    4.5110 | 319.38 |
|          |       | PBT (HS) | 10.37 |
|          |       | LUST | 13.19 |
|          |       | State Excise Tax | 5.66 |
|          |       | State Sales Tax | 6.20 |
|          |       |  | 354.80 |
| 07/31/08 | 6756 | Payment      CK    2977 $5536.10 | -754.34 |
| 07/31/08 | 6883 | Late Pay Charge | 293.89 |
| 07/31/08 | 36998 | Payment      CK    2977 $5536.10 | -259.99 |
| 07/31/08 | 72692 | Payment      CK    2977 $641.06 | -315.09 |
| 07/31/08 | 73108 | Payment      CK    2977 $5536.10 | -434.12 |
| 07/31/08 | 73172 | Payment      CK    2977 $5536.10 | -3901.99 |
| 07/31/08 | 73219 | Payment      CK    2977 $5536.10 | -52.71 |
| 07/31/08 | 73346 | Payment      CK    2977 $5536.10 | -8.37 |
| 07/31/08 | 77118 | Payment      CK    2977 $5536.10 | -124.58 |

to 10/27/08

# ASHBY  FUEL  OIL  CORP.

## CLIENT  ACTIVITY  REPORT

ACCOUNT NUMBER:  000215

BYRAM READY MIX
56 LAFAYETTE AVENUE
SUITE 310
WHITE PLAINS, NY 10603-

RE:  BYRAM READY MIX
     @@@@MACQUESTION PARKWAY@@@@, MT.VERNON

PAGE :  38

| DATE | INV # | CHARGES AND CREDITS | | | AMOUNT |
|------|-------|---------------------|---|---|--------|
| | 000215 | -E   BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | | | |
| 10/16/08 | 6794 | #RUL RED ULTRA LOW | 112.9 gals @ | 3.5210 | 397.52 |
| | | PBT (HS) | | | 16.54 |
| | | LUST | | | 16.56 |
| | | State Excise Tax | | | 9.03 |
| | | State Sales Tax | | | 9.88 |
| | | | | | 449.53 |
| | 000215 | -E   BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | | | |
| 10/20/08 | 6932 | #RUL RED ULTRA LOW | 28.5 gals @ | 3.3960 | 96.79 |
| | | PBT (HS) | | | 4.18 |
| | | LUST | | | 4.04 |
| | | State Excise Tax | | | 2.28 |
| | | State Sales Tax | | | 2.49 |
| | | | | | 109.78 |
| | 000215 | -E   BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | | | |
| 10/23/08 | 7168 | #RUL RED ULTRA LOW | 26.4 gals @ | 3.2900 | 86.86 |
| | | PBT (HS) | | | 3.87 |
| | | LUST | | | 3.63 |
| | | State Excise Tax | | | 2.11 |
| | | State Sales Tax | | | 2.31 |
| | | | | | 98.78 |
| 10/27/08 | 6883 | Payment    CK  3369 $3519.50 | | | -293.89 |
| | 000215 | -E   BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | | | |
| 10/27/08 | 7323 | #RUL RED ULTRA LOW | 90.1 gals @ | 3.1960 | 287.96 |
| | | PBT (HS) | | | 13.20 |
| | | LUST | | | 12.05 |
| | | State Excise Tax | | | 7.21 |
| | | State Sales Tax | | | 7.88 |
| | | | | | 328.30 |

ASHBY  FUEL  OIL  CORP.

CLIENT  ACTIVITY  REPORT

ACCOUNT NUMBER:  000215

BYRAM READY MIX
56 LAFAYETTE AVENUE
SUITE 310
WHITE PLAINS, NY 10603-

RE:  BYRAM READY MIX
     @@@@MACQUESTION PARKWAY@@@@, MT.VERNON

PAGE :  35

| DATE | INV # | CHARGES AND CREDITS | | | AMOUNT |
|------|-------|---------------------|---|---|--------|
| | 000215 | -E   BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | | | |
| 09/24/08 | 90004 | #CUL CLEAR ULTRA LOW | 4.3 gals @ | 4.1860 | 18.00 |
| | | PBT (LS) | | | 0.63 |
| | | Fed Excise Tax | | | 1.05 |
| | | LUST | | | 0.79 |
| | | State Excise Tax | | | 0.34 |
| | | | | | 20.81 |
| | 000215 | -E   BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | | | |
| 09/29/08 | 89363 | #RUL RED ULTRA LOW | 34.6 gals @ | 4.2160 | 145.87 |
| | | PBT (HS) | | | 5.07 |
| | | LUST | | | 6.04 |
| | | State Excise Tax | | | 2.77 |
| | | State Sales Tax | | | 3.03 |
| | | | | | 162.78 |
| 09/30/03 | 7002 | Late Pay Charge | | po 11/4/08 | 90.54 |
| | 000215 | -E   BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | | | |
| 10/02/08 | 89731 | #CUL CLEAR ULTRA LOW | 73.0 gals @ | 4.0640 | 296.67 |
| | | PBT (LS) | | | 10.69 |
| | | Fed Excise Tax | | | 17.81 |
| | | LUST | | | 13.01 |
| | | State Excise Tax | | | 5.84 |
| | | State Sales Tax | | | 6.39 |
| | | | | | 350.41 |

```
ASHBY FUEL OIL CORP.                          PHONE: (914)576-0009
99 Beechwood Ave
New Rochelle  NY  10801                       DATE: 01/18/2010


             ASHBY  FUEL  OIL  CORP.

             CLIENT  ACTIVITY  REPORT


                              ACCOUNT NUMBER: 000215

             BYRAM READY MIX
             56 LAFAYETTE AVENUE
             SUITE 310
             WHITE PLAINS, NY 10603-

     RE:  BYRAM READY MIX
          @@@@MACQUESTION PARKWAY@@@@, MT.VERNON


PAGE :   40
```

| DATE | INV # | CHARGES AND CREDITS | | | AMOUNT |
|------|-------|---------------------|---|---|--------|
| 11/04/08 | 7002 | Payment | CK | 3394 $1078.13 | -90.54 |
| 11/04/08 | 80504 | Payment | CK | 3394 $1078.13 | -426.59 |
| 11/04/08 | 89363 | Payment | CK | 3394 $1078.13 | -162.78 |
| 11/04/08 | 89838 | Payment | CK | 3394 $1078.13 | -377.41 |
| 11/04/08 | 90004 | Payment | CK | 3394 $1078.13 | -20.81 |
| | 000215 | -E  BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | | | |
| 11/06/08 | 8047 | #RUL RED ULTRA LOW | 55.0 gals @ | 3.2270 | 177.49 |
| | | PBT (HS) | | | 8.06 |
| | | LUST | | | 7.42 |
| | | State Excise Tax | | | 4.40 |
| | | State Sales Tax | | | 4.81 |
| | | | | | 202.18 |
| | 000215 | -E  BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | | | |
| 11/10/08 | 8250 | #RUL RED ULTRA LOW | 81.7 gals @ | 3.1420 | 256.70 |
| | | PBT (HS) | | | 11.97 |
| | | LUST | | | 10.75 |
| | | State Excise Tax | | | 6.54 |
| | | State Sales Tax | | | 7.15 |
| | | | | | 293.11 |
| | 000215 | -E  BYRAM READY MI EDISON AVE JOB @ PETRILLO DOCK | | | |
| 11/13/08 | 14376 | #RUL RED ULTRA LOW | 107.1 gals @ | 3.0260 | 324.08 |
| | | PBT (HS) | | | 15.69 |
| | | LUST | | | 13.59 |
| | | State Excise Tax | | | 8.57 |
| | | State Sales Tax | | | 9.37 |
| | | | | | 371.30 |

## AFFIDAVIT OF SERVICE

State of New York ⎫
County of Westchester ⎰ ss.:

  Geraldine Yacko  , being sworn says: I am not a party to the action, am over 18 years of age and reside at Yonkers, New York. On January ____20____, 2010, I served a true copy of the annexed Affidavit in Opposition in the following manner:

_____ by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

_____ by delivering the same personally to the persons and at the addresses indicated below:

_____ by transmitting the same to the attorney by electronic means to the telephone number or other station or other limitation designated by the attorney for that purpose. In doing so I received a signal from the equipment of the attorney indicating that the transmission was received, and mailed a copy of same to that attorney, in a sealed envelope, with postage paid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

__X__ by depositing the same with an overnight delivery service in a wrapper properly addressed to the attorney to the address designated by the attorney for that purpose or, if none were designated, to the attorney's last known address. Said deposit was made prior to the latest time designated by the overnight delivery provider for pick-up and delivery on said date.

ERICA FEYNMAN, ESQ.               GREG ZIPES, ESQ.
RATTET, PASTERNAK & GORDON- OLIVER, LLP   Office of U. S. Trustee
Attorneys for Debtor                    33 Whitehall Street
550 Mamaroneck Avenue             New York, New York 10004
Harrison, New York 10528

_____
                Geraldine Yacko

Sworn to before me
on January ____20____, 2010

_____
PAUL W. MEYER, JR.
Notary Public, State of New York
No. 03-4781991
Qualified in Bronx County
Term Expires September 30, 2013

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

**BYRAM CONCRETE & SUPPLY, INC.**

Debtor.

## AFFIDAVIT IN OPPOSITION

*PAUL W. MEYER, JR., ESQ.*
*Attorney for ASHBY FUEL OIL CORP.*
*35 East Grassy Sprain Road*
*Yonkers, New York 10710*
*(914) 961-3000*

**PLEASE TAKE NOTICE**
Notice of Entry

/    /    that the within is a (certified) true copy of an          entered in the Office of the Clerk
of the within named Court on

Notice of Settlement

/    /    that the                    of which the within is a true copy will be presented for
settlement to one of  the judges of the within named Court,

*PAUL W. MEYER, JR., ESQ.*
*Attorney for ASHBY FUEL OIL CORP.*
*35 East Grassy Sprain Road*
*Yonkers, New York  10710*
*(914) 961-3000*